# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,                                    No. 2:15-cv-1060-CMK-P

       Plaintiff,

   vs.                                              <u>ORDER</u>

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
ET AL.,

       Defendant.

_____/

      Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

2    randomly assign a District Judge to this case and to update the docket to reflect the new case

3    number.

4

5    DATED:  October 21, 2015

6

7    **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26